**NANSIK HWANG, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 06–73383.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 27, 2011.*

Filed Oct. 6, 2011.

Stephen Shaiken, Law Office of Stephen Shaiken, San Francisco, CA, for Petitioner.

Richard M. Evans, Esquire, Assistant Director, Susan Houser, OIL, DOJ—U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: SILVERMAN, W. FLETCHER, and MURGUIA, Circuit Judges.

MEMORANDUM **

Nansik Hwang, a native and citizen of South Korea, petitions for review of the Board of Immigration Appeals' order dismissing her appeal from an immigration judge's removal order. We have jurisdiction under 8 U.S.C. § 1252. We review de novo questions of law, *Kim v. Holder*, 603

F.3d 1100, 1102 (9th Cir.2010), and we deny the petition for review.

The BIA did not err in concluding that Hwang was ineligible for a waiver of inadmissibility under 8 U.S.C. § 1182(k) where she never possessed an immigrant visa. *See Kyong Ho Shin v. Holder*, 607 F.3d 1213, 1219 (9th Cir.2010) (to be eligible for a waiver under 8 U.S.C. § 1182(k) an alien must possess an immigrant visa).

Hwang's remaining contention is not persuasive.

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.